UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDY B. ADELSON,

    Defendant.
_____/

Case No. 96-60371

Hon. F. Kay Behm

**ORDER DENYING MOTION TO**
**WAIVE APPEAL FILING FEE (ECF NO. 64)**

Defendant Wendy B. Adelson filed a notice of appeal of the court's orders denying her motion to quash the abstract of judgment and motion for reconsideration. (ECF Nos. 56, 61.) She requests that the court waive the filing fee on appeal.

A party who desires to proceed *in forma pauperis* on appeal must first file a motion in the district court. Fed. R. App. P. 24(a)(1). The district court may grant *in forma pauperis* status if the court finds that an appeal is being taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a); *Foster v. Ludwick*, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002). Good faith requires a showing that the issues raised are not frivolous, or "arguable on the merits." *Id.*

The issues raised are not arguable on the merits, for the reasons discussed in the court's orders at ECF Nos. 56 and 61. Moreover, the orders are not immediately appealable, as they are not final orders that resolve this case. *See* ECF No. 30 (dismissing appeal from non-final order); 28 U.S.C. § 3205(c)(7) (procedure for entering final disposition order in garnishment action).

Therefore, it is **ORDERED** that Defendant's motion to waive the filing fee on appeal is **DENIED.**

**SO ORDERED.**

Dated: July 30, 2025
s/F. Kay Behm
F. Kay Behm
United States District Judge