# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

                Plaintiff,          Case No. 5:96-cv-60371-FKB-DRG
                                   Hon. F. Kay Behm

v.

WENDY ADELSON

                Defendant,

and

CHASE BANK

                Garnishee.

_____/

## <u>FINAL ORDER OF GARNISHMENT</u>

On February 20, 2026, the Court issued a Writ of Continuing Garnishment as to Defendant Wendy Adelson and Garnishee Chase Bank. *See Writ of Garnishment,* Feb. 20, 2026, [ECF 71]. Through Order of the Court entered on June 3, 2026, Defendant Adelson's objections to the Garnishment were overruled and denied. *See Memorandum Opinion & Order,* Jun. 3, 2026, [ECF 79]. Accordingly, Garnishee Chase Bank is **ORDERED** to deposit Defendant Adelson's non-exempt interest in property that is in the custody, possession, and control of Garnishee in accordance with 28 U.S.C. §3205(c)(7).

**IT IS SO ORDERED**

Date: June 4, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge